# In The United States Court of Federal Claims

No. 07-545C

(Filed: July 19, 2007)

MEDICAL MATRIX, LLP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A telephonic status conference will be held in this case on Friday, July 20, 2007, at 4:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge