ORIGINAL

FILED
JUL 1 9 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

MEDICAL MATRIX, LLP
*as successor in interest to*
*Medical Matrix, LP*
Plaintiff,

*v.*

THE UNITED STATES,
Defendant.

Civil Action No.: 07-545 C

**MOTION FOR LEAVE TO FILE UNDER SEAL AND FOR DELAYED PUBLICATION OF REDACTED VERSIONS TO COMPLY WITH TERMS OF GAO PROTECTIVE ORDER**

COMES NOW, Medical Matrix, LLP ("Matrix") and requests leave to file under seal the Complaint in the captioned case, Plaintiff's Memorandum of Points and Authorities in Support of its Motion for Preliminary Injunction ("Memo"), and Declaration of Kim Roselle. In support of this Motion, Matrix states as follows:

1. The Complaint and the Memo contain source selection and/or confidential or proprietary information that was obtained pursuant to a Protective Order issued by the Government Accountability Office ("GAO").
2. The GAO Protective Order provides in part:

> Protected information obtained pursuant to GAO's protective order must be filed under Seal with the United States Court of Federal Claims, and Medical Matrix, LP must request that the Court issue a protective order to cover the information currently under the GAO protective order.

Notice of Limited Leave to Release Protected Information to a Federal Court, File No. B-299526, B-299526.2, dated June 25, 2007.

3. Among other things, the GAO Protective Order restricts access to protected information obtained pursuant to the GAO Protective Order to those individuals that have specifically been admitted to the protective order. The Protective Order precludes the public release of such information.

4. The Declaration of Kim Roselle contains information that is considered confidential and/or proprietary to Matrix.

5. Matrix is requesting the Court to issue a Protective Order in the captioned case.

6. Finally, Matrix is providing with this filing, redacted copies of the Complaint, the Memo, and the Declaration of Kim Roselle that omit or exclude confidential or proprietary information. However, under the governing GAO Protective Order, the redacted copies of the Complaint and Memo should not be publicly released "until the end of the second working day following the receipt of the documents by all parties" that are admitted to the GAO Protective Order. Per the terms of the GAO Protective Order:

   > This practice permits parties to identify documents that should have been marked protected before the documents are disclosed to individuals not admitted under this [GAO] protective order.

   *See* Protective Order, *Matter of Medical Matrix, LP*, B-299526 (GAO March 14, 2007).

7. Undersigned counsel is obligated to comply with the terms of the GAO Protective Order. The redacted copies of the Complaint and the Memo are being served on Maura C. Brown, counsel for the Department of Vetarans Affairs Health Administration Center in the GAO proceeding and Marcia Madsen, counsel for

SXC Health Solutions, Inc. in the GAO proceeding. Ms. Madsen is admitted to the GAO Protective Order.

For the foregoing reasons, Matrix respectfully requests that this Court grant Matrix leave to file the Complaint, Memo and Declaration under seal.

Matrix further requests that the Court delay the publication of the redacted versions of the Complaint and Memo until Tuesday, July 24, 2007.

Respectfully submitted,

Kenneth B. Weckstein by Shlomo Katz

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-0900
(202) 861-3560 (FAX)
Kweckstein@ebglaw.com

Counsel for Plaintiff Medical Matrix, LLP

Of Counsel:
Shlomo D. Katz
EPSTEIN BECKER & GREEN, PC
1227 25th Street, NW
Suite 600
Washington, DC 20037
(202) 861-1809
(202) 861-3509 (FAX)
Skatz@ebglaw.com

DATED: July 19, 2007

**Certificate of Service**

The undersigned certifies that on this 19th day of July, 2007, he caused a copy of the foregoing Motion for Leave to File Under Seal to be served via facsimile on the following:

Michael James Dierberg, Esq.
Department of Justice
Commercial Litigation Branch
8th Floor
1100 L St, NW
Washington, DC 20530
(202) 353-0536
(202) 305-7643 (FAX)

Maura Brown, Esq.
Department of Veterans Affairs
Office of General Counsel
PO Box 76
Hines, IL 60141
(708) 786-5162
(708) 786-5165 (FAX)

Marcia Madsen, Esq.
Mayer, Brown & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3000
(202) 263-3752 (FAX)

Shlomo D. Katz