ORIGINAL

FILED
JUL 19 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

MEDICAL MATRIX, LLP
*as successor in interest to*
*Medical Matrix, LP*

Plaintiff,

*v.*

THE UNITED STATES,

Defendant.

Civil Action No.: 07-545 C

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to R.C.F.C. 7 and R.C.F.C., Appendix C, Part V, Medical Matrix, LLP ("Matrix"), through counsel, respectfully moves this Court to enjoin the performance of any contract awarded or to be awarded under United States Department of Veterans Affairs Health Administration Center ("VA") Request for Proposal No. 741-07-05 (the "RFP") to any entity other than Matrix. In addition, Matrix moves this Court to enjoin the performance of any of the work intended to be procured by the RFP by any entity other than Matrix. As discussed in the attached memorandum of points and authorities in support of this motion for a preliminary injunction, a preliminary injunction should issue because Matrix is likely to succeed on the merits of its claim that the Agency's evaluation of proposals was arbitrary; Matrix will suffer irreparable harm if no injunction is issued; and the balance of harms and the public interest both favor issuing the injunction.

Respectfully submitted,

Kenneth B. Weckstein by Shlomo D. Katz

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-0900
(202) 861-3560 (FAX)
Kweckstein@ebglaw.com

Counsel for Plaintiff Medical Matrix, LLP

Of Counsel:
Shlomo D. Katz
EPSTEIN BECKER & GREEN, PC
1227 25th Street, NW, Suite 600
Washington, DC 20037
(202) 861-1809
(202) 861-3509 (FAX)
Skatz@ebglaw.com

DATED: July 19, 2007

## Certificate of Service

The undersigned certifies that on this 19th day of July, 2007, he caused a copy of the foregoing Plaintiff's Motion for a Preliminary Injunction to be served via facsimile on the following:

Michael James Dierberg, Esq.
Department of Justice
Commercial Litigation Branch
8th Floor
1100 L St, NW
Washington, DC 20530
(202) 353-0536
(202) 305-7644 (FAX)

Maura Brown, Esq.
Department of Veterans Affairs
Office of General Counsel
PO Box 76
Hines, IL 60141
(708) 786-5162
(708) 786-5165 (FAX)

Marcia Madsen, Esq.
Mayer, Brown & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3000
(202) 263-3752 (FAX)

Thomas D. Katz