ORIGINAL

FILED
JUL 1 9 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

MEDICAL MATRIX, LLP
*as successor in interest to*
*Medical Matrix, LP*

Plaintiff,

*v.*

THE UNITED STATES,

Defendant.

Civil Action No.: 07-545 C

**MOTION FOR PROTECTIVE ORDER**

COMES NOW, Medical Matrix, LLP ("Matrix"), by counsel, to request that this Court issue a Protective Order to ensure protection of sensitive information in the captioned case. In support of this Motion, Matrix states as follows:

1. Pleadings and other documents filed in this matter are likely to contain source selection and/or confidential or proprietary information. In some instances, that information was obtained pursuant to a Protective Order issued by the Government Accountability Office ("GAO").

2. The GAO Protective Order provides in part:

> Protected information obtained pursuant to GAO's protective order must be filed under Seal with the United States Court of Federal Claims, and Medical Matrix, LP must request that the Court issue a protective order to cover the information currently under the GAO protective order.

Notice of Limited Leave to Release Protected Information to a Federal Court, File No. B-299526, B-299526.2, dated June 25, 2007.

3. Among other things, the GAO Protective Order restricts access to protected information obtained pursuant to the GAO Protective Order to those individuals

that have been specifically admitted to the protective order. The Protective Order precludes the public release of such information. And, GAO has instructed that "[u]se of information protected under the GAO protective order will be governed by the protective order issued by the Court" of Federal Claims. *Id.*

4. Confidential or proprietary information provided to this Court should be protected from public release and/or unauthorized release to parties other than those specifically admitted to the Protective Order of the Court.

For the foregoing reasons, Matrix respectfully requests that this Court issue a Protective Order in the referenced matter proscribing the terms of use and destruction of any source selection and/or confidential or proprietary information that is filed with the Court in the captioned matter.

Respectfully submitted,

Kenneth B. Weckstein by Shlomo D. Katz

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-0900
(202) 861-3560 (FAX)
Kweckstein@ebglaw.com

Counsel for Plaintiff Medical Matrix, LLP

Of Counsel:
Shlomo D. Katz
EPSTEIN BECKER & GREEN, PC
1227 25th Street, NW
Suite 600
Washington, DC 20037
(202) 861-1809
(202) 861-3509 (FAX)
Skatz@ebglaw.com

DATED: July 19, 2007

## Certificate of Service

The undersigned certifies that on this 19th day of July, 2007, he caused a copy of the foregoing Motion for Protective Order to be served via facsimile on the following:

Michael James Dierberg, Esq.
Department of Justice
Commercial Litigation Branch
8th Floor
1100 L St, NW
Washington, DC 20530
(202) 353-0536
(202) 305-7644 (FAX)

Maura Brown, Esq.
Department of Veterans Affairs
Office of General Counsel
PO Box 76
Hines, IL 60141
(708) 786-5162
(708) 786-5165 (FAX)

Marcia Madsen, Esq.
Mayer, Brown & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3000
(202) 263-3752 (FAX)

Thomas D. Katz