ORIGINAL

FILED
JUL 19 2007
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

MEDICAL MATRIX, LLP
*as successor in interest to*
*Medical Matrix, LP*

Plaintiff,

*v.*

THE UNITED STATES,

Defendant.

Civil Action No.: 07-545 C

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC Rule 7.1(a), Medical Matrix, LLP ("Matrix"), by counsel, states that it does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

Kenneth B. Weckstein by Shlomo D. Katz

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-0900
(202) 861-3560 (FAX)
Kweckstein@ebglaw.com

Counsel for Plaintiff Medical Matrix, LLP

Of Counsel:
Shlomo D. Katz
EPSTEIN BECKER & GREEN, PC
1227 25th Street, NW
Washington, DC 20037
(202) 861-1809
(202) 861-3509 (FAX)
Skatz@ebglaw.com

DATED: July 19, 2007

## Certificate of Service

The undersigned certifies that on this 19th day of July, 2007, he caused a copy of the foregoing Corporate Disclosure Statement to be served via facsimile on the following:

Michael James Dierberg, Esq.
Department of Justice
Commercial Litigation Branch
8th Floor
1100 L St, NW
Washington, DC 20530
(202) 353-0536
(202) 305-7644 (FAX)

Maura Brown, Esq.
Department of Veterans Affairs
Office of General Counsel
PO Box 76
Hines, IL 60141
(708) 786-5162
(708) 786-5165 (FAX)

Marcia Madsen, Esq.
Mayer, Brown & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3000
(202) 263-3752 (FAX)

Shlomo D. Katz