**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| MEDICAL MATRIX, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07-545 |
| UNITED STATES, | ) | (Judge Allegra) |
| | ) | |
| Defendant, | ) | |
| | ) | |
| SXC HEALTH SOLUTIONS, INC., | ) | |
| | ) | |
| Movant for Intervention. | ) | |

**SXC's RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, movant for intervention, SXC Health Solutions, Inc. respectfully states that it is a wholly-owned subsidiary of SXC Health Solutions Corp.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:

DAVID F. DOWD
LUKE LEVASSEUR
ROGER D. WALDRON
MAYER, BROWN, ROWE & MAW LLP
Washington, D.C. 20006
*Counsel for Movant/Intervenor, SXC Health Solutions, Inc.*
July 20, 2007