# In The United States Court of Federal Claims

No. 07-545C

(Filed: July 20, 2007)

MEDICAL MATRIX, LLP,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

SXC HEALTH SOLUTIONS, INC.,

Defendant-Intervenor.

## ORDER

On July 19, 2007, plaintiff filed its complaint in this case, a motion for leave to file under seal, and a motion for a protective order. On July 20, 2007, a preliminary telephonic status conference was held to discuss proceedings in this bid protest matter. Participating in the conference were Kenneth B. Weckstein, on behalf of plaintiff, Michael Dearberg, on behalf of defendant, and Luke Paul Levasseur, on behalf of defendant-intervenor.

Plaintiff's motion for leave to file under seal is hereby **GRANTED**.

During the status conference, the court adopted the following schedule for the resolution of plaintiff's complaint:

1. On or before July 24, 2007, at 12:00 p.m. (E.S.T.), plaintiff shall file a proposed protective order;

2. On or before July 24, 2007, at 5:00 p.m. (E.S.T.), defendant and/or defendant-intervenor shall file any opposition to plaintiff's proposed protective order;

3. On or before July 30, 2007, defendant shall file one CD-ROM version of the administrative record, and shall effectuate overnight service to plaintiff and defendant-intervenor (a courtesy copy of the record, in paper form, shall be delivered to chambers on August 2, 2007);

4. On or before August 3, 2007, plaintiff shall file its motion to supplement the administrative record, if necessary;

5. On or before August 15, 2007, plaintiff shall file its motion for judgment on the administrative record;

6. On or before August 29, 2007, defendant and defendant-intervenor shall file their cross-motions for judgment on the administrative record and their responses to plaintiff's motion;

7. On or before September 10, 2007, plaintiff shall file its response to defendant and defendant-intervenor's motions and its reply in support of its motion for judgment on the administrative record;

8. On or before September 17, 2007, defendant and defendant-intervenor shall file their replies in support of their cross-motions for judgment on the administrative record; and

9. Oral argument on these motions will be held on Friday, September 21, 2007, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of oral argument.

Defendant and defendant-intervenor shall not be required to file responses to the complaint in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge