**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| MEDICAL MATRIX, LLP,<br><br>Plaintiff,<br><br>*v.*<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>SXC HEALTH SOLUTIONS, INC.,<br>Defendant-Intervenor. | No. 07-545C<br>(Judge Allegra) |

**NOTICE OF**
**<u>PROPOSED AGREED PROTECTIVE ORDER</u>**

Counsel for Plaintiff, Defendant and Defendant-Intervenor have agreed to entry of the attached Protective Order.

/s/ Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Plaintiff

DATED: July 24, 2007

**Certificate of Service**

I hereby certify that on this 24th day July, 2007, I caused a copy of the foregoing Notice of Proposed Agreed Protective Order to be filed electronically. I understand that notice will be sent by the court's electronic filing system to the following persons who can access the filing through the court's system:

Michael James Dierberg, Esq.
Department of Justice
Commercial Litigation Branch
8th Floor
1100 L St, NW
Washington, DC 20530
(202) 353-0536
(202) 305-7644 (FAX)

Luke Levasseur, Esq.
Mayer, Brown & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3000
(202) 263-3752 (FAX)

/s/ Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Plaintiff