IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MEDICAL MATRIX, LLP<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>SXC HEALTH SOLUTIONS, INC.,<br><br>Defendant-Intervenor | No. 07-545<br>(Judge Allegra) |

**NOTICE OF MANUAL FILING**

Pursuant to the Court's order dated July 20, 2007, defendant, the United States, has manually filed the administrative record utilizing CD-ROM.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

STEVEN J. GILLINGHAM
Assistant Director

MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 305-7643

July 30th, 2007

Attorneys for Defendant