**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| MEDICAL MATRIX, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07-545 |
| UNITED STATES, | ) | (Judge Allegra) |
| | ) | |
| Defendant, | ) | |
| | ) | |
| SXC HEALTH SOLUTIONS, INC., | ) | |
| | ) | |
| Intervenor. | ) | |

**NOTICE OF NAME CHANGE**

Please take notice that effective August 31, 2007, the name of MAYER, BROWN ROWE & MAW LLP will be:

MAYER BROWN LLP

Our office address remains:

1909 K Street, NW
Washington, D.C. 20006

Our email address will change from mayerbrownrowe.com to mayerbrown.com

Please use the new firm name in all pleadings, correspondence, and other documents after August 30, 2007.

s/ Marcia G. Madsen

MARCIA G. MADSEN
DAVID F. DOWD
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
202-263-3000
202-263-3300 (fax)

August 23, 2007

*Attorneys for Intervenor*