# In The United States Court of Federal Claims

No. 07-545C

(Filed: September 5, 2007)

MEDICAL MATRIX, LLP,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

SXC HEALTH SOLUTIONS, INC.,

Defendant-Intervenor.

## ORDER

The oral argument that was originally scheduled for September 21, 2007, has been rescheduled for Wednesday, September 26, 2007, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge