**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| MEDICAL MATRIX, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07-545 |
| UNITED STATES, | ) | (Judge Allegra) |
| | ) | |
| Defendant, | ) | |
| | ) | |
| SXC HEALTH SOLUTIONS, INC., | ) | |
| | ) | |
| Intervenor. | ) | |

**SXC's UNOPPOSED MOTION FOR AN ENLARGEMENT**

Intervenor, SXC Health Solutions, Inc. ("SXC"), respectfully seeks a three-day enlargement, to and including Thursday, September 20, 2007, to file the reply brief in support of its cross-motion for judgment on the administrative record. Government counsel has informed us that, to the extent the Court grants this requested enlargement, the Government also seeks an equal amount of time to file its reply brief. This is SXC's first request for this purpose. Undersigned counsel has spoken to counsel for plaintiff, Medical Matrix, LLP ("Matrix"), who does not oppose the requested enlargement.

Good cause exists for granting this motion. On Sunday, September 9, the wife of the SXC attorney who has been primarily responsible for analysis and briefing of this case gave birth to their son. This event was several weeks ahead of "schedule," and as a result of that attorney's absence, other counsel have been required to analyze Matrix's reply brief, and research and draft SXC's brief. Although we have re-directed our

resources, and have conducted much of the necessary research and begun drafting SXC's final submission, the inability of SXC's counsel, who has devoted the most time to this matter, to draft SXC's reply brief has caused understandable delay. In our best professional judgment, three additional days will be necessary to complete the research, drafting, and editing necessary to prepare and submit SXC's reply brief to the Court.[1]

With respect to paragraph (3) of this Court's Special Procedures Order, SXC notes that we are filing this motion as early as possible. Given the events of last weekend (as discussed above), undersigned counsel believed we could re-arrange other business and devote sufficient time to complete this brief. Toward the end of this week, it became clear that additional time would be required. We are providing notice to the Court as soon as it became clear that additional time would be needed (as a result of the circumstances).

Counsel for SXC has spoken to Government counsel, who informed us that because of the press of other business, he has not been able to complete the Government's brief as quickly as he anticipated. In order to facilitate the completion of the Government's brief and to obtain the necessary reviews within the Department of Justice, Government counsel requested that to the extent the Court enlarges the period in which SXC may file its brief, the Government requests that its briefing period be extended for the same amount of time.

---

[1] SXC certainly does not intend to encroach on the necessary amount of time for the Court to prepare for oral argument. We note that on September 5, the Court issued a Scheduling Order, delaying the oral argument on the parties' cross-motions from September 21 to September 26.

For the reasons set forth above, SXC respectfully requests a three-day enlargement to submit a reply brief in support of its cross-motion for judgment. Accordingly, we ask that the Court order that SXC and the Government submit their reply briefs by Thursday, September 20, 2007.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:
DAVID F. DOWD
LUKE LEVASSEUR
ROGER WALDRON
MAYER BROWN LLP
*Counsel for Intervenor, SXC Health Solutions, Inc.*
September 14, 2007