# In The United States Court of Federal Claims

No. 07-545C

(Filed: September 14, 2007)

MEDICAL MATRIX, LLP,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

SXC HEALTH SOLUTIONS, INC.,

Defendant-Intervenor.

**ORDER**

On September 14, 2007, intervenor SXC Health Solutions, Inc. (SXC) and defendant filed an unopposed motion for an enlargement of time to file the reply brief in support of its cross-motion for judgment on the administrative record. Accordingly, the court hereby **GRANTS** this motion, in part, and **DENIES**, in part:

1. On or before September 17, 2007, the government's reply brief shall be filed in accordance with the prior briefing schedule.

2. On or before September 20, 2007, SXC's reply brief shall be filed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge